# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☒ INFORMATION    ☐ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1), (b)(1)(C)--Possession with Intent to Distribute a Federally-Controlled Substance (Fentanyl)

21 U.S.C. § 853 – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** 20 years imprisonment; $1,000,000 fine; 3 years to life supervised release; $100 special assessment; forfeiture of drugs, cash, and instrumentalities of crime; and mandatory/discretionary denial of federal benefits

### DEFENDANT - U.S

► MARCO TULIO DIAZ-CRUZ

**DISTRICT COURT NUMBER**

CR23-00430WHA

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
FBI Special Agent Steven Mallon

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY    ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.** 3:23-mj-71672 MAG

**Name and Office of Person Furnishing Information on this form**
Ismail J. Ramsey

☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**
Jeffrey Bornstein

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**FILED**
Nov 16 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction    ☐ Federal    ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year 11/6/2023

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT    **Bail Amount:** no bail

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

**Defendant Address:**

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Date/Time:**    **Before Judge:**

**Comments:**